# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| MIRACLE MOO, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> BEST SELECTION, LLC, <br><br> Defendant. | Civil Action No. 0:24-cv-61537-WPD |

## SUMMONS IN A CIVIL ACTION

To: Best Selection, LLC, by and through its registered agent, Ryan Grant, 7370 NW 54th Street, Fort Lauderdale, FL 33319.

\*\*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Nardo Dorsin
> POLSINELLI PC
> 315 S. Biscayne Blvd., Suite 400
> Miami, FL  33131
> 305-921-1811
> ndorsin@polsinelli.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Aug 22, 2024

Angela E. Noble
Clerk of Court

SUMMONS

s/ C.Davis
Deputy Clerk
U.S. District Courts

JDAVI\97666823.1